UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

U.S.A.
v.

John J. Prendergast

CITATION/CASE NO. 5:16-po-00130-JLT
4507711 / WL1

ORDER TO PAY

**FILED**

MAY 03 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

(this area intentionally left blank)

---

**YOU ARE HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:**

(✓) **FINE** of $ __100.00__   ( ) **Penalty ASSESSMENT** of $ _____

(✓) **PROCESSING Fee** of $ __25.00__   for a **TOTAL AMOUNT** of $ __125.00__ ,

paid within __30__ days.   **OR** payments of $ _____ per month, commencing

_____ and due on the _____ of each month until **PAID IN FULL** - note late payments
could be subject to late/delinquent charges imposed by C.V.B..

( ) REVIEW/Post Sentencing HEARING DATE: _____ at _____ a.m. / p.m. in Dept. _____
( ) Compliance HEARING: : _____ at _____ a.m. / p.m. in Dept. _____
( ) RESTITUTION _____
( ) COMMUNITY SERVICE _____ with fees not to exceed $ _____
to be completed by _____ with Proof mailed to the Clerk of the Court.
( ) Traffic School By: _____ with Proof mailed to _____
( ) PROBATION to be unsupervised / supervised for: _____

---

Payments **must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to (check one):**

[✓] CENTRAL VIOLATIONS BUREAU
PO Box 71363
Philadelphia, PA 19176-1363
1-800-827-2982

[ ] CLERK, U.S.D.C.
2500 Tulare St., Rm 1501
Fresno, CA 93721
559-499-5600

[ ] (Traffic School payments / certificates are mailed to)
U.S. Courts - CVB
PO Box 780549
San Antonio, TX 78278-0549
1-800-827-2982

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATED: 5/3/2016     /s/ Jennifer L. Thurston
                    U.S. MAGISTRATE JUDGE

EDCA - Rev 4/2007